### Harold WOLFF and Cindy Wolff, Appellants,

v.

### Justin A. GREEN, et al., Respondents.

### No. ED 98873.

Missouri Court of Appeals,
Eastern District.

June 18, 2013.

Kevin J. Kasper, St. Charles, MO, for appellants.

Jon R. Sanner, Aaron I. Mandel, St. Louis, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., ROBERT G. DOWD, JR., J., and LAWRENCE E. MOONEY, J.

#### *ORDER*

PER CURIAM.

Appellants Harold and Cindy Wolff appeal the trial court's summary judgment in favor of Respondents Ashwood Apartments, LP, and Baumann Property Company, Inc., on Appellants' claim of negligence. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the

reasons for this order. The decision is affirmed. Rule 84.16(b).